No. P67/125.—Sprouse & Reitz & Co., Inc., et al. v. United States, protests 64/3088, etc. (Los Angeles).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, APRIL 27, 1967

No. P67/126.—A & A Trading Corp. v. United States, protest 66/14923 (New York).

OLIVER, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of electric motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiff was sustained.

No. P67/127.—B. Shackman & Co. v. United States, protest 65/11519 (New York).

OLIVER, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of plastic paperweights similar in all material respects to those the subject of *Ace Importing Co., Inc.* v. *United States* (50 Cust. Ct. 226, Abstract 67488), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 27, 1967

No. P67/128.—M. D. Burns & Co. and Arthur J. Fritz & Co. v. United States, protests 62/18362, etc. (San Francisco).

No. P67/129.—Tokmiss Company et al. v. United States, protests 63/11244, etc. (Los Angeles).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.